United States District Court
Southern District of Texas
**ENTERED**
October 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| HERRMAN PROPERTIES, LLC, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> STARSTONE NATIONAL INSURANCE § <br> COMPANY, *et al*, § <br> § <br> Defendants. § | CIVIL NO. 2:17-CV-319 |

# ORDER

On October 29, 2018, the parties filed an Agreed Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 14. The Stipulation is signed by Plaintiff's counsel and by Defendants' counsel. *Id*. A stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)).

Because the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines in the above-captioned case and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 30th day of October, 2018.

_____
Hilda Tagle
Senior United States District Judge